## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 19-31038-HCM |
| SUPERIOR TLC HOME § | | |
|   HEALTH CARE, LLC § | | |
|     Debtor § | | Chapter 7 |

### ORDER ON TRUSTEE'S OBJECTION TO CLAIM # 2 OF
### LiftFund, Inc., WITH NOTICE THEREOF

On this date came on to be considered the Trustee's Objection to Secured Claim # 2 of LiftFund, Inc., in the amount of $9,717.21, filed on 10/01/2019, it appearing to the Court that said claim should be disposed of as follows, it therefore hereby

ORDERED that the secured claim # 2 of LiftFund, Inc., is allowed as a general unsecured claim against the estate; therefore

IT IS FURTHER ORDERED that a copy of this order will be served by the Clerk's office upon the claimant:

LiftFund, Inc.                 LiftFund Inc.
c/o DUNN PLLC            2007 W. Martin St
405 Main Street Ste 836    San Antonio TX 78207
Houston, TX 77002

###

Return copy to:
Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ron@ingallstrustee.com