UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 19-31038-HCM |
| SUPERIOR TLC HOME § | | |
| HEALTH CARE, LLC § | | |
|   Debtor § | | Chapter 7 |

**TRUSTEE'S OBJECTION TO CLAIM # 4 OF**
**Nelida Lewis, WITH NOTICE THEREOF**

**This is an objection to your claim in this bankruptcy case. This objection asks the Court to disallow (eliminate), reduce, or modify your claim as set forth in this objection. If you do not file a written response to this objection within 30 days from the date of mailing of this objection, the Court may disallow (eliminate), reduce, or modify your claim as set forth in this objection, without a hearing being held.**

**Any response to this objection must explain your position and be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 511 E. San Antonio Ave Rm 444 El Paso TX 79901. If a timely response is filed, the Court will then set a hearing on the objection and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the objection to your claim.**

1.    Ronald Ingalls, Trustee, objects to the duplicate claim # 4 of Nelida Lewis, in the amount of $3,200.00, filed on 11/06/2019, in the above styled case, for the reason that this claim is a duplicate of Claim # 5 filed by Nelida Lewis, for the amount of $3,200.00, on 11/06/2019.

2.    Claim # 4 should be disallowed in the above styled case as it a duplicate of Claim # 5 filed by Nelida Lewis.

WHEREFORE, PREMISES CONSIDERED, Ronald Ingalls, Trustee, prays that the Court disallow Claim # 4 as a duplicate claim, and for other just relief.

        Respectfully submitted,

        /s/ Ronald Ingalls
        Ronald Ingalls
        CHAPTER 7 TRUSTEE
        PO Box 2867
        Fredericksburg, TX 78624-1927
        Tel: (830) 321-0878
        Fax: (830) 321-0913
        Email: ron@ingallstrustee.com

## CERTIFICATE OF SERVICE

The signature above certifies that a true and correct copy of the foregoing document has been served by first class, U.S. mail, postage prepaid on December 5, 2019, on:

| | |
|---|---|
| Nelida Lewis<br>12733 Tierra Aurora<br>El Paso, TX 79938-4784 | ERIC M. MARTINEZ<br>MARTINEZ LAW FIRM<br>5601 MONTANA AVENUE STE A<br>EL PASO, TX 79925 |
| United States Trustee - EP12<br>US Trustee's Office<br>615 E Houston Ste 533<br>San Antonio, TX 78205-2055 | SUPERIOR TLC HOME HEALTH CARE, LLC<br>11500 Charles Boyle Pl.<br>El Paso, TX 79934 |