**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-31038-HCM |
| | § | |
| SUPERIOR TLC HOME HEALTH | § | |
| CARE, LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,624.50 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $2,880.91 | | |

3) Total gross receipts of $2,880.91 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,880.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,898.42 | $2,898.42 | $2,880.91 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $14,914.40 | $8,885.26 | $5,685.26 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $9,717.21 | $9,717.21 | $0.00 |
| **Total Disbursements** | $24,914.40 | $21,500.89 | $18,300.89 | $2,880.91 |

4).  This case was originally filed under chapter 7 on 06/25/2019.  The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2020                              By:    /s/ Ronald E. Ingalls
                                                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Possible TWC refund | 1224-000 | $429.02 |
| Check from AAA | 1229-000 | $1,474.02 |
| Check from TCX Mutual | 1229-000 | $977.87 |
| **TOTAL GROSS RECEIPTS** | | $2,880.91 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liftfund | 4210-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $10,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $720.23 | $720.23 | $711.84 |
| Claim Amount, Trustee | 2200-000 | NA | $783.37 | $783.37 | $774.25 |
| International Sureties Ltd | 2300-000 | NA | $0.77 | $0.77 | $0.77 |
| Accountant for Trustee | 3410-000 | NA | $1,360.00 | $1,360.00 | $1,360.00 |
| Accountant for Trustee | 3420-000 | NA | $34.05 | $34.05 | $34.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,898.42 | $2,898.42 | $2,880.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| 1P | Internal Revenue Service | 5800-000 | $0.00 | $451.50 | $451.50 | $0.00 |
|----|--------------------------|----------|-------|---------|---------|-------|
| 3W | Delia Carreto | 5300-000 | $792.00 | $1,122.00 | $1,122.00 | $0.00 |
| 4 | Nelida Lewis | 5300-000 | $0.00 | $3,200.00 | $0.00 | $0.00 |
| 5W | Nelida Lewis | 5300-000 | $2,760.00 | $3,200.00 | $3,200.00 | $0.00 |
| 6W | Armando Navarro | 5300-000 | $682.00 | $488.00 | $488.00 | $0.00 |
| | Acosta, Elaina M. | 5300-000 | $49.87 | $0.00 | $0.00 | $0.00 |
| | Aguirre De Powell, Elia | 5300-000 | $682.00 | $0.00 | $0.00 | $0.00 |
| | Avila, Reena | 5300-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Benitez, Guillermo D. | 5300-000 | $978.89 | $0.00 | $0.00 | $0.00 |
| | Borrego, Aleah J. | 5300-000 | $1,587.25 | $0.00 | $0.00 | $0.00 |
| | Caldwell, Pricilla | 5300-000 | $288.00 | $0.00 | $0.00 | $0.00 |
| | Cerda, Jennifer L. | 5300-000 | $278.85 | $0.00 | $0.00 | $0.00 |
| | Crawford, Savanna M. | 5300-000 | $792.00 | $0.00 | $0.00 | $0.00 |
| | De La Rosa, Maria I. | 5300-000 | $496.00 | $0.00 | $0.00 | $0.00 |
| | Goseck, Reine L. | 5300-000 | $132.98 | $0.00 | $0.00 | $0.00 |
| | Hines, Shane M. | 5300-000 | $264.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ramirez, Luciana Arredondo | 5300-000 | $816.00 | $0.00 | $0.00 | $0.00 |
| | Reyes, Rosario | 5300-000 | $1,598.00 | $0.00 | $0.00 | $0.00 |
| | Salazar, Zoey J. | 5300-000 | $384.00 | $0.00 | $0.00 | $0.00 |
| | Saldana, Victor M. | 5300-000 | $444.00 | $0.00 | $0.00 | $0.00 |
| | Soto, Verenice | 5300-000 | $577.56 | $0.00 | $0.00 | $0.00 |
| | Tate, Tanika L. | 5300-000 | $901.00 | $0.00 | $0.00 | $0.00 |
| | Valdez, Rosa M. | 5300-000 | $260.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service (FUTA) Federal Unemployment (Employer) | 5800-000 | $0.00 | $28.86 | $28.86 | $0.00 |
| | Internal Revenue Service Medicare (Employer) | 5800-000 | $0.00 | $69.75 | $69.75 | $0.00 |

|  | | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service Social Security (Employer) | 5800-000 | $0.00 | $298.22 | $298.22 | $0.00 |
|  | Texas Workforce Commission State Unemployment (Employer) | 5800-000 | $0.00 | $26.93 | $26.93 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $14,914.40 | $8,885.26 | $5,685.26 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | LiftFund, Inc. | 7100-000 | $0.00 | $9,717.21 | $9,717.21 | $0.00 |
|  | Small Business Administration | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Texas Workforce Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $9,717.21 | $9,717.21 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1          Exhibit 8

| Case No.: | 19-31038-HCM | | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|---|
| Case Name: | SUPERIOR TLC HOME HEALTH CARE, LLC | | | Date Filed (f) or Converted (c): | 06/25/2019 (f) |
| For the Period Ending: | 10/9/2020 | | | §341(a) Meeting Date: | 08/05/2019 |
| | | | | Claims Bar Date: | 11/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    Cash | $224.50 | $0.00 | | $0.00 | FA |
| 2    A/R | $1,400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Lyftfund lien, UCC1 filed | | | | | |
| 3    Office equipment | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Lienholder Liftfund | | | | | |
| 4    Possible TWC refund                    (u) | Unknown | $429.02 | | $429.02 | FA |
| **Asset Notes:**    added on amended scheds 07/17/19 | | | | | |
| 5    Check from AAA                          (u) | $1,474.02 | $1,474.02 | | $1,474.02 | FA |
| **Asset Notes:**    added on amended scheds 07/17/19 | | | | | |
| 6    Check from TCX Mutual                   (u) | $997.87 | $977.87 | | $977.87 | FA |
| **Asset Notes:**    added on amended scheds 07/17/19 | | | | | |

**TOTALS (Excluding unknown value)**                                  **Gross Value of Remaining Assets**

                                       $4,096.39         $2,880.91                  $2,880.91              $0.00

**Major Activities affecting case closing:**

TDR to REI for review

Odr pay TFR

TFR Filed at Court

TFR to REI for review

TFR TO UST

Clm #2 called w/address change

Odr pay Mosley

IRS amended clm 1

Mosley FA filed; mailed tax returns

Odrs obj clms 2&4

rec'd 1120, 940, & 941 rtns rqsted

filed obj claims 2, 4

Clms 4 & 5 filed looks like 5 is amend of 4

Odr hire Mosley

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 19-31038-HCM |
| **Case Name:** | SUPERIOR TLC HOME HEALTH CARE, LLC |
| **For the Period Ending:** | 10/9/2020 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date Filed (f) or Converted (c):** | 06/25/2019 (f) |
| **§341(a) Meeting Date:** | 08/05/2019 |
| **Claims Bar Date:** | 11/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

IRS faxed amended copy of clm

IRS faxed copy of clm

app to employ accountant

**Initial Projected Date Of Final Report (TFR):**  03/31/2020          **Current Projected Date Of Final Report (TFR):**  09/30/2020          /s/ RONALD E. INGALLS

RONALD E. INGALLS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-31038-HCM | |
| Case Name: | SUPERIOR TLC HOME HEALTH CARE, LLC | |
| Primary Taxpayer ID #: | **-***1034 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/25/2019 | |
| For Period Ending: | 10/9/2020 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1038 |
| Account Title: | |
| Blanket bond (per case limit): | $115,993,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2019 | (5) | Rio Grande Council of Governments | ck 8635 d 5/31/19 funds rec'd | 1229-000 | $1,474.02 | | $1,474.02 |
| 08/16/2019 | (6) | Texas Mutual | ck 107908 d 6/28/19 funds rec'd | 1229-000 | $977.87 | | $2,451.89 |
| 10/07/2019 | 1001 | International Sureties Ltd | 2019 Bond Inv d 10/02/19 #016071777 | 2300-000 | | $0.77 | $2,451.12 |
| 11/11/2019 | (4) | Texas Comptroller | TW 141083170 d 11/7/19 tax overpayment | 1224-000 | $429.02 | | $2,880.14 |
| 04/15/2020 | 1002 | John Mosley | accountant fees, expenses per order #20, 4/14/20 | * | | $1,394.05 | $1,486.09 |
| | | | $(1,360.00) | 3410-000 | | | $1,486.09 |
| | | | $(34.05) | 3420-000 | | | $1,486.09 |
| 09/09/2020 | 1003 | Ronald E. Ingalls | Trustee Compensation Trustee Expenses | * | | $1,486.09 | $0.00 |
| | | | Claim Amount        $(711.84) | 2100-000 | | | $0.00 |
| | | | Claim Amount        $(774.25) | 2200-000 | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | TOTALS: | $2,880.91 | $2,880.91 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $2,880.91 | $2,880.91 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $2,880.91 | $2,880.91 | |

**For the period of  6/25/2019 to 10/9/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,880.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,880.91 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,880.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,880.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between  08/16/2019 to 10/9/2020**

| | |
|---|---|
| Total Compensable Receipts: | $2,880.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,880.91 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,880.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,880.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-31038-HCM | |
| Case Name: | SUPERIOR TLC HOME HEALTH CARE, LLC | |
| Primary Taxpayer ID #: | **-***1034 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/25/2019 | |
| For Period Ending: | 10/9/2020 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1038 |
| Account Title: | |
| Blanket bond (per case limit): | $115,993,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $2,880.91 | $2,880.91 | $0.00 |

| **For the period of 6/25/2019 to 10/9/2020** | | **For the entire history of the case between 06/25/2019 to 10/9/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,880.91 | Total Compensable Receipts: | $2,880.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,880.91 | Total Comp/Non Comp Receipts: | $2,880.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,880.91 | Total Compensable Disbursements: | $2,880.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,880.91 | Total Comp/Non Comp Disbursements: | $2,880.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS